■ BERT VLADIMIR, Respondent, v CAMPBELL COWPERTHWAIT et al., Appellants. [841 NYS2d 474]—Appeal from order, Supreme Court, New York County (Richard B. Lowe, III, J.), entered July 11, 2006, unanimously dismissed, without costs or disbursements, as academic in view of this Court's disposition of appeal number 541, decided herewith (42 AD3d 413 [2007]).

No opinion. Order filed. Concur—Tom, J.P., Andrias, Marlow, Nardelli and McGuire, JJ.